# Court of Appeals
# of the State of Georgia

ATLANTA,  February 25, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1209.  AMEZCUA v. THE STATE.**

The above-referenced appeal was docketed on January 28, 2020, and Appellant was notified that his enumerations of error and brief were due within 20 days of docketing. Consequently, in light of the national holiday, Appellant's enumerations of error and brief were due on February 18, 2020. As of February 24, 2020, Appellant has failed to file his enumerations of error and brief and has not moved for an extension of time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), this appeal is hereby DISMISSED. *See Lambros v. Longiotti*, 189 Ga. App. 837 (378 SE2d 416) (1989).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/25/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*